*Wednesday, September 18, 1991*
## MOTION DOCKET

**90–1633.** Kurent v. Farmers Ins. of Columbus, Inc. *Summit County*, No. 14098. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellee's motion to dismiss or, alternatively, motion to stay,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective September 13, 1991.

HOLMES, J., would grant.

WRIGHT, J., would grant the stay.

**91–1595.** State, ex rel. Johnson, v. Cleveland Bar Assn. In Quo Warranto. This cause originated in this court on the filing of a motion for leave to file complaint in quo warranto. Upon consideration of respondent's motion to quash summons and for additional time to respond to motion to file complaint,

IT IS ORDERED by the court that said motion to quash be, and the same is hereby, granted, effective September 17, 1991.

IT IS FURTHER ORDERED by the court that said motion for additional time to September 25, 1991 is hereby granted.

## MISCELLANEOUS DISMISSALS

**91–188.** State v. Stephens. *Hamilton County*, No. C–870268. *Sua sponte*, cause dismissed for want of prosecution, effective September 16, 1991.

**91–1263.** Martinez v. Brichta. *Wood County*, No. 90–WD–103. *Sua sponte*, cause dismissed for want of prosecution, effective September 16, 1991.

**91–1399.** State, ex rel. Ruessman, v. Zieba. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective September 17, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**91–1816.** State, ex rel. Cincinnati, v. Pub. Util. Comm. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective September 17, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**91–1864.** Fetchen v. Wilkins. *Fairfield County*, No. 32CASEP1990. Cause dismissed, on application of counsel for appellants, effective September 17, 1991.

*Wednesday, September 25, 1991*
## MERIT DOCKET

**91–651.** Alexander v. Rush. *Clark County*, No. 2791. On motion for stay, motion to accelerate, and request for oral argument. Motions and request denied. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1185.** State, ex rel. Haywood, v. Capots. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.